IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **CRUMBL LLC**, a Utah Limited Liability Company, **CRUMBL IP, LLC**, a Utah Limited Liability Company, and **CRUMBL FRANCHISING, LLC**, a Utah Limited Liability Company,<br><br>    Plaintiffs,<br><br>vs.<br><br>**DIRTY DOUGH, LLC**, an Arizona Limited Liability Company, and **BRADLEY MAXWELL**,<br><br>    Defendants. | **ORDER GRANTING STIPULATED MOTION FOR ADDITIONAL TIME TO MEET AND CONFER**<br><br>Civil No. 2:22-cv-00318-HCN-CMR<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulated Motion for Additional Time to Meet and Confer (Motion) (ECF 61), and for good cause shown, the court hereby GRANTS Motion and ORDERS that the deadline for the parties to meet and confer regarding Defendant Dirty Dough's second supplemental discovery responses is extended to November 16, 2022.

DATED this 16 November 2022.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah

1