**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| CRUMBL et al,<br><br>Plaintiffs,<br><br>v.<br><br>DIRTY DOUGH,<br><br>Defendant. | **ORDER GRANTING [103] MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Case No. 2:22-cv-00318 –HCN-CMR<br><br>District Judge Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

Before the Court is Plaintiff's Motion for Leave to File under Seal (Motion) (ECF 103) regarding the unredacted versions of the Amended Declaration of Jason McGowan (the McGowan Declaration), and Exhibits 17-24, 31 and 41-51 (collectively, the Exhibits) to the Supplemental Declaration of Case Collard. The Motion being narrowly tailored to protect only the specific information deserving of protection, and for good cause appearing, the court hereby GRANTS Motion and ORDERS that the McGowan Declaration and Exhibits shall remain under seal.

DATED this 10 April 2023.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah

1