## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **CRUMBL LLC**, a Utah limited liability company, **CRUMBL IP, LLC**, a Utah limited liability company, and **CRUMBL FRANCHISING, LLC**, a Utah limited liability company,<br><br>        Plaintiffs,<br><br>vs.<br><br>**DIRTY DOUGH LLC**, an Arizona limited liability company, and **BRADLEY MAXWELL**, an individual,<br><br>        Defendants. | **[PROPOSED] ORDER GRANTING DEFENDANT'S SHORT FORM DISCOVERY MOTION TO COMPEL PLAINTIFFS' DOCUMENT PRODUCTION IN RESPONSE TO DISCOVERY REQUESTS**<br><br>Civil No.: 2:22-cv-00318-HCN-CMR<br><br>Judge Howard Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

This Court, having considered Defendant Dirty Dough LLC's ("**Dirty Dough**") Short Form Discovery Motion to Compel Plaintiffs' Document Production in Response to Discovery Requests (the "**Motion**"), and Plaintiffs' Response to the Motion, and for good cause shown, hereby GRANTS the Short Form Discovery Motion.

It is hereby ORDERED that Plaintiffs Crumbl LLC, Crumbl IP, LLC, and Crumbl Franchising, LLC (collectively, "**Crumbl**") shall fully and completely supplement their responses, including producing all non-privileged responsive documents and communications, to Dirty Dough's Request for Production Nos. 2 and 6.

DATED: _____

### BY THE COURT

_____

Hon. Ceclia M. Romero

U.S. DISTRICT COURT MAGISTRATE JUDGE

2