Elliot J. Hales (#16684)
Michele Myer (#13815)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Fax: (801) 933-7373
hales.elliot@dorsey.com
myer.michele@dorsey.com

Jonathan Montcalm (*pro hac vice pending*)
**DORSEY & WHITNEY LLP**
51 West 52nd Street, 9th Floor
New York, NY 10019
Telephone: (212) 415-9347
montcalm.jonathan@dorsey.com

Case Collard (admitted pro hac vice)
**DORSEY & WHITNEY LLP**
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
Telephone: (303) 689-3400
Fax: (303) 629-3450
collard.case@dorsey.com

Vanessa Szalapski (admitted pro hac vice)
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 492-6743
szalapski.vanessa@dorsey.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **CRUMBL LLC**, a Utah Limited Liability Company, **CRUMBL IP, LLC**, a Utah Limited Liability Company, and **CRUMBL FRANCHISING, LLC**, a Utah Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>**DIRTY DOUGH LLC**, an Arizona Limited Liability Company, and **BRADLEY MAXWELL**,<br><br>Defendants. | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT DIRTY DOUGH LLC**<br><br>Civil No. 2:22-cv-00318-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

**NOTICE IS HEREBY GIVEN** that Plaintiffs Crumbl LLC, Crumbl IP, LLC, and Crumbl Franchising, LLC ("Crumbl") and Defendant Dirty Dough LLC ("Dirty Dough") have agreed to terms of settlement and are finalizing a written agreement to memorialize the settlement. Crumbl

and Dirty Dough, through their respective counsel, hereby request the Court to stay all deadlines, including deadlines for responses to pending motions, between Crumbl and Dirty Dough for thirty (30) days from today. Crumbl and Dirty Dough anticipate that they will file a request for dismissal of claims against Dirty Dough within the thirty-day stay period. In the event Crumbl and Dirty Dough are unable to finalize the settlement for any reason, they will file a request to reset the case deadlines.

DATED this 13th day of October, 2023.

**DORSEY & WHITNEY LLP**

By: */s/ Case Collard*
    Case Collard (Pro Hac Vice)
    Vanessa J. Szalapski (Pro Hac Vice)
    Elliot J. Hales (#16684)
    Michele M. Myer (#13815)
    Jonathan Montcalm (pro hac vice pending)
    111 S. Main Street, Suite 2100
    Salt Lake City, Utah 84111
    Telephone: (801) 933-7360
    Facsimile: (801) 933-7373
    collard.case@dorsey.com
    szalapski.vanessa@dorsey.com
    hales.elliot@dorsey.com
    myer.michele@dorsey.com
    montcalm.jonathan@dorsey.com

Attorneys for Plaintiffs

**BUCHALTER P.C.**

By: */s/ Douglas P. Farr (w/permission)*
    Douglas P. Farr (#13208)
    Jack Darrington (#18349)
    *Attorneys for Defendant Dirty Dough, LLC*